No. 89–6117. ANDREGG *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 89–6120. CORIZ *v.* TANSY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–6129. ESPINO *v.* WORKERS' COMPENSATION APPEALS BOARD. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–6170. DEERING *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6217. PUENTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6225. GRAY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6228. ELZY *v.* SMITH, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–6234. DRAKE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6235. MARTINEZ-QUINONEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6241. URZOLA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6245. LOTT ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7533. BERRYHILL *v.* UNITED STATES. C. A. 10th Cir. Motion of petitioner for leave to file amended petition for writ of certiorari granted. Certiorari denied.

No. 89–266. PORTLAND GENERAL ELECTRIC CO. *v.* MONTANA DEPARTMENT OF REVENUE ET AL. Sup. Ct. Mont. Motions of Pacific Gas & Electric Co. et al. and Mountain States Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied.